UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil 00-2326 DWF/SRN

Kathy Seifert,

Plaintiff,

v.

ORDER OF RECUSAL

Prudential Insurance Company of America,

Defendant.

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: November 21, 2000

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

NOV 21 2000
FILED
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______

Please use

new case number

00-2326 DWF/FLN