UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kathy Seifert,

Plaintiff,

v.

The Prudential Insurance Company,

Defendant.

Civil 00-2326 DWF/FLN

ORDER

---

The above matter is before the undersigned United States Magistrate Judge on the joint stipulation and motion for an extension of time to answer. Based on all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the motion for extension [#3] is GRANTED.

DATED: January 19, 2001.

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED JAN 19 2001
FRA... ...SAL, CLERK
JUD...
DEP...