**U. S. DISTRICT COURT FOR THE**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

**Kathy Seifert,**

**Plaintiff,**

**v.**

**The Prudential Insurance Company of America,**

**Defendant.**

---

**Court File No. 00-2326 DWF/FLN**

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The above-entitled action having been fully compromised and settled, it is hereby stipulated by and between the parties hereto through their respective counsel that the same may be and is hereby dismissed on its merits with prejudice but without costs or attorney fees to any party. The Court Administrator, upon the filing of this Stipulation, is hereby authorized and directed to so dismiss this action.

Dated this 26th day of APRIL 2001.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: ______________________
Charles O. Lentz (#168403)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Phone: (612) 349-8500
Fax: (612) 339-4181

ATTORNEYS FOR DEFENDANTS

2278145.1

FILED APR 27 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated this 26th day of April 2001.

STRANDEMO & SHERIDAN, P.A.

By: ______________________
Aaron T. Stone (#231915)

320 Eagandale Office Center
1380 Corporate Center Curve
Eagan, MN 55121

ATTORNEYS FOR PLAINTIFFS

**ORDER**

This action is hereby dismissed, with prejudice, and without costs or attorney fees to any party.

Dated this 27th day of April 2001.

By: ______________________
Judge of District Court